IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**SOUMANA ABDOUL-NASSER,**
**ALIEN # A88-069-549,**

    **Petitioner,**

vs.                                          Case No. 4:08cv169-SPM/WCS

**MICHAEL B. MUKASEY, et al.,**

    **Respondents.**

_____/

## REPORT AND RECOMMENDATION

    Although Petitioner initiated this case in April, 2008, doc. 1, it took until the end of June, 2008, for Petitioner to pay the filing fee. Thus, initial review of the petition was delayed and a service order was not entered until July 22, 2008. Doc. 11. Respondents have now responded by filing a motion to dismiss on September 22, 2008. Doc. 17. Respondents contend that Petitioner was released from detention on September 20, 2008. *Id.*

    The habeas petition challenged only Petitioner's indefinite detention by Respondents. Doc. 1. Petitioner is a native and citizen of Niger and claimed that Respondents would be unable to remove him in the reasonably foreseeable future. *Id.*

Respondents assert in the motion to dismiss that Petitioner was released from custody because "the government of Iraq declined to issue Petitioner travel documents." Doc. 17, p. 2; *see* exhibit 1. Therefore, because Petitioner has essentially been afforded the relief he sought, release from detention, Respondents argue this § 2241 petition should now be dismissed as moot.

Respondent's motion to dismiss, doc. 17, contains a certificate of service which indicates the document was provided to Petitioner at his "last known address" which was the Wakulla County Jail. Presumably, that facility will not forward mail to Petitioner since he has been released, although this report and recommendation will be sent there as well. Because it has been shown that Petitioner has been released from custody, the motion to dismiss should be granted. There is no judicial relief that may be afforded to Petitioner since he has received that which he requested in the petition - release.

In light of the uncontested assertion by Respondent, it is respectfully **RECOMMENDED** that the § 2241 petition filed by Petitioner Abdour Nasser Soumana be **DISMISSED as moot** since it appears he has been released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on September 23, 2008.

      s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:08cv169-SPM/WCS