IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SOUMANA ABDOUL-NASSER,
ALIEN # A88-069-549,

    Petitioner,

vs.                                                 Case. No.  4:08-CV-169-SPM/EMT

MICHAEL B. MUKASEY, et al.,

    Respondents.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING CASE**

       THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 18).  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections to this Report and Recommendation have been filed by the Petitioner, presumably because all court mail has been returned from Petitioner's last known address.  Petitioner has not filed a change of address with the court.  Additionally, Respondent filed a Motion to Dismiss Petitioner's claim on the basis that the relief requested by Petitioner had been granted and that Petitioner had been released from the custody of Immigration and Customs Enforcement (doc. 17).

       Accordingly, pursuant to Title 28, United States Code, Section 636(b)(1), it

is ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 18) is *adopted and incorporated* by reference in this order.

2. Respondent's Motion to Dismiss (doc. 17) is hereby *granted*.

3. The amended § 2241 petition filed by Petitioner (doc. 1) is hereby *dismissed as moot*.

DONE AND ORDERED this <u>nineteenth</u> day of December, 2008.

　　　　　　　　　　　　　*s/ Stephan P. Mickle*
　　　　　　　　　　　　　Stephan P. Mickle
　　　　　　　　　　　　　United States District Judge